UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-v-

VILLAGE SMOKE & VAPE INC., BOGDAN ZAWISNY, and JADWIGA ZAWISNY,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 307 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 12, 2023, Plaintiff filed this action against Defendants Village Smoke & Vape Inc. ("Village"), Bogdan Zawisny ("Bogdan"), and Jadwiga Zawisny ("Jadwiga"). (ECF No. 1 (the "Complaint")). On March 16, 2023, Jadwiga appeared through counsel and, on March 17, 2023, the Court extended Jadwiga's deadline to respond to the Complaint to April 17, 2023. (ECF Nos. 8, 9). On March 18, 2023, Plaintiff filed an affidavit of service reflecting that, on February 9, 2023, Plaintiff served the Summons and Complaint on Village through the Secretary of State of the State of New York. (ECF No. 11). On April 17, 2023, Jadwiga filed an answer to the Complaint. To date, Village has not answered, moved, or otherwise responded to the Complaint, and Plaintiff has not filed proof of service as to Bogdan.

Accordingly, by **April 25, 2023**, Plaintiff shall (i) advise the Court as to the status of service on Bogdan, and (ii) request a certificate of default from the Clerk of Court as to Village.

Dated:    New York, New York
            April 18, 2023

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**