UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-v-

VILLAGE SMOKE & VAPE INC., BOGDAN ZAWISNY, and JADWIGA ZAWISNY,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 307 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 18, 2023, the Court ordered Plaintiff to, by April 25, 2023, (i) advise the Court as to the status of service on Bogdan Zawisny, and (ii) request a certificate of default from the Clerk of Court as to Village Smoke & Vape Inc. (ECF No. 13) (the "Order"). To date, Plaintiff has not complied with the Order. As a one-time courtesy, the Court sua sponte EXTENDS Plaintiff's deadline to comply with the Order to **June 20, 2023**. Plaintiff is warned that failure to comply with the Order by this deadline may result in a Report and Recommendation recommending dismissal of this case for failure to prosecute.

Dated:     New York, New York
           June 13, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**