UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-v-

VILLAGE SMOKE & VAPE INC., BOGDAN ZAWISNY, and JADWIGA ZAWISNY,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 307 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter requesting 30 days in which to request a certificate of default from the Clerk of Court as to Defendant Village Smoke & Vape Inc. ("Village"). (ECF No. 15). The request is GRANTED as follows:

1. By **July 10, 2023**, Plaintiff shall either (i) file a stipulation of dismissal as to Defendant Bogdan Zawisny ("Bogdan"), or (ii) advise the Court that she intends to proceed with claims against Bogdan, including whether she will seek a default judgment against Bogdan or if she will seek to substitute another party under Fed. R. Civ. P. 25.

2. By **July 24, 2023**, Plaintiff shall either (i) request a certificate of default from the Clerk of Court as to Village, or (ii) file a stipulation of dismissal as to Village.

Dated:    New York, New York  
            June 23, 2023

SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**