UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-v-

JADWIGA ZAWISNY and VILLAGE SMOKE INC.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 307 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 7, 2023, the Court ordered Plaintiff to, by August 28, 2023, serve Defendant Village Smoke Inc. ("Village") with the Amended Complaint, and note such service on the docket. (ECF No. 21). To date, Plaintiff has not complied with the Court's Order and the deadline to do so has passed. This is by no means the first time that Plaintiff has failed to comply with the Court's Orders in this case. (See ECF Nos. 14, 16, 19 at 1–2).

As a one-time courtesy, the Court sua sponte extends to **September 7, 2023** Plaintiff's time to comply with the Court's August 7, 2023 Order. Plaintiff is warned that failure to comply may result in sanctions, including but not limited to a recommendation of dismissal of all or part of this case under Federal Rules of Civil Procedure 16(f) and/or 41(b) to the Honorable Paul G. Gardephe.

Dated:    New York, New York
            August 31, 2023

SO ORDERED.

*[signature: Sarah L. Cave]*

**SARAH L. CAVE**
**United States Magistrate Judge**