UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

          Plaintiff,

-v-

JADWIGA ZAWISNY and VILLAGE SMOKE INC. d/b/a VILLAGE SMOKE SHOP,

          Defendants.

CIVIL ACTION NO. 23 Civ. 307 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

The Amended Complaint in this action was served on Defendant Village Smoke Inc. ("Village") on September 11, 2023, with Village's Answer due on October 2, 2023. (ECF No. 29). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **October 17, 2023** pursuant to S.D.N.Y. Local Rule 55. The Court will hold the subsequent motion for default judgment against Village in abeyance pending resolution of liability against appearing Defendant Jadwiga Zawisny.

Dated:    New York, New York
          October 3, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**