UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-v-

JADWIGA ZAWISNY and VILLAGE SMOKE INC. d/b/a VILLAGE SMOKE SHOP,

                Defendants.

CIVIL ACTION NO. 23 Civ. 307 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

The Amended Complaint in this action was served on Defendant Village Smoke Inc. ("Village") on both September 11, 2023 (ECF No. 29) and October 9, 2023 (ECF No. 31). On October 18, 2023, the Court denied Plaintiff's request to extend Village's deadline to respond to the Amended Complaint, and required that Village appear and file a response to the Amended Complaint by October 30, 2023. (ECF No. 33). To date, Village has not done so.

No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **November 7, 2023** pursuant to S.D.N.Y. Local Rule 55. The Court will hold the subsequent motion for default judgment against Village in abeyance pending resolution of liability against appearing Defendant Jadwiga Zawisny.

Plaintiff has failed to comply with several Court-ordered deadlines in this case and has been repeatedly warned that her continued failure to do so will result in sanctions. (See ECF Nos. 14, 19, 21, 26, 33). Accordingly, Plaintiff is again expressly warned, as she was in the Court's most recent Order (ECF No. 33 at 4), that the Court will not grant an extension of the November 7, 2023 deadline absent extraordinary circumstances, and failure to comply with this or any other

Court-ordered deadline will result in sanctions, including but not limited to monetary penalties and/or a recommendation to the Honorable Paul G. Gardephe to dismiss all or part of this action for failure to prosecute.

Dated: New York, New York
October 31, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2