UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-v-

JADWIGA ZAWISNY and VILLAGE SMOKE INC. d/b/a VILLAGE SMOKE SHOP,

                Defendants.

CIVIL ACTION NO. 23 Civ. 307 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **November 15, 2023**, Plaintiff and Defendant Jadwiga Zawisny shall meet and confer and file a joint letter on the docket indicating whether they would like to schedule a settlement conference with the Court or be referred the Court-annexed mediation program.  If the parties are not interested in either, the Court will schedule an initial case management conference and discovery will commence in this matter.

Dated:      New York, New York
             November 8, 2023

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**